■ Professional Advertising, Inc., Doing Business as Mail Wholesale, Respondent, v Intercontinental Capital Group, Inc., Appellant. [977 NYS2d 886]—

In this action for an account stated, the motion court properly granted plaintiff's motion for summary judgment based on the documentary evidence showing that defendant " 'received, retained without objection, and partially paid invoices without protest' " (*see Scheichet & Davis, P.C. v Nohavicka*, 93 AD3d 478 [1st Dept 2012]; *Gamiel v Curtis & Reiss-Curtis, P.C.*, 60 AD3d 473, 474 [1st Dept 2009], *lv dismissed* 13 NY3d 763 [2009]). Defendant's challenges to the documentary evidence are without merit since they are "mere conclusions, expressions of hope or unsubstantiated" (*Zuckerman v City of New York*, 49 NY2d 557, 562 [1980]; *see Scheichet & Davis, P.C.*, 93 AD3d at 478). The motion court also properly dismissed defendant's counterclaims, which are based on the same conclusory assertions. Concur—Sweeny, J.P., Acosta, Saxe, Moskowitz and Clark, JJ.